AO 451 (Rev. 2/86) Certification of Judgment

# United States District Court
# Southern District of Florida

| | |
|---|---|
| PROVIDENT BANK OF MARYLAND | Case No. 03-61677-CV-HUCK-TURNOFF |
| Plaintiff(s), | |
| v. | **CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT** |
| S/V WINDSONG (a/k/a LOLLIPOP) O.N 964406, her engines, tackels, etc., in rem and JPF BIG BLUE, LLC a Foreign Limited Liability Company | RECEIVED: AUGUST 5, 2008<br>08CV4405<br>JUDGE KENNELLY<br>MAGISTRATE JUDGE BROWN |
| Defendant(s). / | TC |

　　I, CLARENCE MADDOX, Clerk of the United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on 03/24/2004, as it appears in the records of this court, and that no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed

　　IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on August 28, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　CLARENCE MADDOX
　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　by: _____
　　　　　　　　　　　　　　　　　　　　　　　　Rehan Ahmad
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE CIVIL DIVISION


FILED by _____ D.C.
MAR 24 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

IN ADMIRALTY

PROVIDENT BANK OF MARYLAND

    Plaintiff,

vs.

S/V WINDSONG (a/ka LOLLIPOP)
O.N. 964406, her engines, tackle, etc.,
*in rem*, and JPF BIG BLUE, LLC
a Foreign Limited Liability Company
*in personam* and Joellen Pate Fredel,
*in personam*,

    Defendants
_____/

CASE NUMBER:03-61677-CIV-HUCK
MAGISTRATE JUDGE TURNOFF

**CLOSED CIVIL CASE**

### FINAL DEFAULT JUDGMENT IN PERSONAM AGAINST JPF BIG BLUE LLC AND JOELLEN PATE FREDEL

This action came to issue before the Court on Plaintiff's Motion for Entry of Final Default Judgment *in personam* against Defendants JPF BIGBLUE LLC and Joellen Pate Fredel. The Plaintiff having filed the proper papers and Motion with the Court and the Court being otherwise advised, it is hereby:

**ORDERED AND ADJUDGED** that judgment is entered in favor of the Plaintiff, PROVIDENT BANK OF MARYLAND, and against JPF BIGBLUE LLC and Joellen Pate Fredel, jointly and severally, in the amount of $292,768.10 DOLLARS, For Which Let Execution Issue. The $175,000 currently held in the registry of the court to be applied to the *in rem* and *in personam* judgments and to be released to Provident Bank of Maryland. The total deficiency judgment in favor of Provident Bank upon release of the funds in the registry of Court shall be $117,768.10 for which let execution issue.

1

CASE NUMBER:03-61677-CIV-HUCK
MAGISTRATE JUDGE TURNOFF

The interest on this deficiency Judgment to accrue from the date of entry of this Judgment at the statutory interest rate until satisfied in full.

DATED at Miami, Florida on _March 24_, 2004.

Honorable Paul C. Huck
U.S. District Court Judge

cc:   Matthew J. Valcourt, Esq.

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____
Date AUG 2 8 2007   Deputy Clerk

2