## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| PROVIDENT BANK OF MARYLAND v. S/V WINDSONG (a/k/a LOLLIPOP) O.N. 964406, her engines, tackle, etc., in rem, and JPF BIG BLUE, LLC a Foreign Limited Liability Company in personame and Joellen Pate Fredel, in personam | FILED: AUGUST 5, 2008<br>08CV4405<br>JUDGE KENNELLY<br>MAGISTRATE JUDGE BROWN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR: TC

PROVIDENT BANK OF MARYLAND

| NAME (Type or print) |
|---|
| Josh M. Kantrow |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| (s/) [signature] |

| FIRM |
|---|
| Cozen O'Connor |

| STREET ADDRESS |
|---|
| 222 South Riverside Plaza, Suite 1500 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6231027 | 312-382-3100 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐